

# NUMBER 13-21-00332-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LASHONDA MARIE POLLACK,                                    Appellant,

v.

JAISHA GLENTAE ROBERTS HOFFENDEN,                    Appellee.

On appeal from the 169th District Court
of Bell County, Texas.

# ORDER OF ABATEMENT

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

This appeal is before the Court on appellant's motions to abate and to extend time to file appellant's brief. Appellant has experienced a delay in obtaining portions of the reporter's record. Additionally, the parties are engaged in ongoing settlement discussions.

The Court, having examined and fully considered the documents on file and the

motions, is of the opinion that the motions should be granted. Therefore, the motions are granted, and this matter is abated for appellant to obtain remaining portions of the reporter's record and for continued settlement discussions between the parties.

The Court directs appellant to file, on or before June 6, 2022, either (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed on the
9th day of March, 2022.